## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Michael A. Bailey, *et al.*,

    Plaintiffs,

v.

Case No. 1:06cv468

AK Steel Corporation,

Judge Michael R. Barrett

    Defendants.

## CIVIL MINUTES
### Motion Hearing
### before the
### HONORABLE MICHAEL R. BARRETT, U.S. DISTRICT JUDGE

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Stephanie Bowman
**COURT REPORTER:** Maryann Maffia, Official Court Reporter
**DATE:** November 2, 2007  **Time: Commenced** 9:07 am **Concluded** 9:15 am **Total** :08 mins

Attorney for Plaintiff(s):
  Sally Tedrow
  David Cook

Attorney for Defendant(s):
  Justin Flamm  David Horn
  Greg Rogers

### WITNESSES

### PROCEDURES

☑ Counsel Present
☐ Arguments heard on _____
☐ Court's decision to follow.
☑ Court ordered in open court that the class action is preliminarily approved (Doc. 51); a fairness hrg is scheduled for 2/12/08 • 1pm

Remarks: in person status conf. 1/16/08 @ 8:30 am