UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

## CIVIL MINUTES

BAILEY

        -vs-                                Civil Case No. 1:06cv468

AK STEEL

**COURT PERSONNEL PRESENT:**

**Magistrate Judge:** Timothy S. Black
**Law Clerk:** Kim Jones
**Court Reporter:** Mary Ann Ranz
**Courtroom Deputy:** Jan Lahley

**PARTIES PRESENT:**

    (Plaintiff counsel) David Cook, Sally Tedrow, Francis Martorana
    (Defendant counsel) Greg Rogers, David Horn, Justin Flamm
    (Intervenor counsel) Glenn Whitaker, Stan Chesley, Rick Wayne,
                           Robert Steinberg

**DOCKET ENTRY:**

Case called before Magistrate Judge for Fairness Hearing regarding settlement. Argument by plaintiff counsel, defense counsel, objectors counsel. Statements by 8 objectors. Several members of the audience spoke. Hearing continued to 2/13/08 @ 9:00

**DATE:** 2/12/08
**TIME:** 1:00 p.m. - 4:30 pm