UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

## CIVIL MINUTES

**BAILEY**

          -vs-                                      Civil Case No.  1:06cv468

**AK STEEL**

**COURT PERSONNEL PRESENT:**

**Magistrate Judge:** Timothy S. Black
**Law Clerk:** Kim Jones
**Court Reporter:** Mary Ann Ranz
**Courtroom Deputy:** Jan Lahley

**PARTIES PRESENT:**

    (Plaintiff counsel)   David Cook, Sally Tedrow, Francis Martorana
    (Defendant counsel) Greg Rogers, David Horn, Justin Flamm
    (Intervenor counsel) Glenn Whitaker, Stan Chesley, Rick Wayne,
                                   Robert Steinberg

**DOCKET ENTRY:**

Case called before Magistrate Judge for DAY TWO of Fairness Hearing regarding settlement. Intervenors witness James Colbern, cross. Plaintiff witness Christopher Hefner, cross, redirect, recross. Company witness Goldberg, cross. Closings.

**DATE:**     2/13/08
**TIME:**     9:00 a.m. - 5:00 p.m.