UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BAILEY, et al., | : | Case No. 1:06CV468 |
| Plaintiffs, | : | Magistrate Judge Timothy S. Black |
| vs. | : | |
| AK STEEL CORPORATION, | : | JUDGMENT |
| Defendant. | : | |

The Court having entered an Order Granting Final Approval of the Settlement Agreement (Doc. 111) finding that the settlement is fair, reasonable and adequate, and having entered a separate Order Granting Plaintiffs' Motion for Attorneys Fees and Expenses (Doc. 112), the Settlement Agreement, attached to Doc. 51, is approved in its entirety.  Therefore, the Court enters its Final Judgment approving the Settlement Agreement and directs the parties to perform in accordance with the terms set forth in the Settlement Agreement.  The Court retains continuing jurisdiction over the parties as well as the two classes certified in this action for the purpose of enforcing the Settlement Agreement and this Judgment.

**IT IS SO ORDERED.**

Date: 2/29/08

Timothy S. Black
United States Magistrate Judge

{W1211081.1}